SILVER'S LUNCH STORES, INC., Appellant, v. RICHARD L. LEE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and Finch, J., dissent.

MURRAY LEWIS and Another, Appellants, v. SAMUEL SILVER, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BLANCHE C. LYMAN, Respondent, v. THE CITY OF NEW YORK, Defendant, Impleaded with ORVISTA REALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD B. LYMAN, Respondent, v. THE CITY OF NEW YORK, Defendant, Impleaded with ORVISTA REALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE AMALGAMATED BANK OF NEW YORK, Respondent, v. HARRY FALK, Doing Business, etc., Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE CITY OF NEW YORK, Respondent, v. MARY H. TOMPKINS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES RICH STEERS and Another, Appellants, v. BANKERS TRUST COMPANY and Another, as Trustees, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA RYAN, as Executrix, and PATRICK J. McNULTY, as Executor, etc., of EUGENE J. FLOOD, Deceased, Appellants, v. ANCIENT ORDER OF HIBERNIANS, NEW YORK COUNTY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of EDWARD WYCKOFF, Respondent, v. JOHN WANAMAKER, NEW YORK, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HEC-KLEY ART FURNITURE CO., INC., Appellant, v. SINGER FURNITURE CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HERMAN CUSHMAN, Respondent, v. HERBERT BLUMENTHAL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

VITO PENSAVALLE, Respondent, v. MARIANNINA PENSAVALLE, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.